■ MARY TICHENOR, as Executrix of GRACE GOULDING, De-

ceased, Appellant, v HUDSON RIVER RAFTING COMPANY, INC., Respondent. WILLIAM J. KULACH, Individually and as Administrator of the Estate of IRENE J. KULACH, Deceased, Appellant, v HUDSON RIVER RAFTING COMPANY, INC., Respondent.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cicoria, J. (Appeals from order and judgment of Supreme Court, Monroe County, Cicoria, J.—negligence.) Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ.